**De Llano Campos, Jordi (USAMA)**

Subject: FW: U.S. v. Anthony Rae (15-CR-10372) - sentencing 12/7/16

On Dec 2, 2016, at 8:21 AM, Jonathan Bourn <██@norwood.k12.ma.us> wrote:

Hi Kathleen,

Thank you for your patience. Below is an impact statement from Norwood High School related to the incident.

On October 9, 2014 Norwood High School Principal George Usevich opened his email from Sven Bjorn [hackthosehaters@gmail.com] stating, "I will bomb norwood high, norwood elementary and norwood middle school no mater what you plan to do!!!!!!" This caused considerable disruption and fear across the entire school community made up of 3,450 students and their parents. Middle School students, who were the first to arrive, were evacuated from their school and held on their buses and waited in the cold while a search was conducted. Six elementary schools and our 1,000 pupil high school was searched prior to the start of the school day. The Norwood Public School Emergency Notification system was activated by Superintendent James Hayden to notify every parent in the district of the bomb threat, the building searches, the fact that the Norwood Police Night Shift was held over to patrol each school and that there would be school that day. True credit goes to the entire teaching staff who reassured their classes that everyone would be safe while hoping that they were correct. Clearly some learning time was taken away from the students while everyone was experiencing how to be resilient.

The Norwood community will not be bullied by people who threaten our children. All actions have consequences and Anthony Rae should understand that you cannot disturb the lives of thousands of citizens and attempt to scare our children.

Please let me know if you need additional information, or if you need this information in a different format.

Regards,

Jonathan Bourn
Principal
Norwood High School
██2333